# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAISY SAJI,**<br>Plaintiff,<br>vs.<br>**RESIDENTIAL CREDIT SOLUTIONS, ET AL.,**<br>Defendants. | CASE NO. 17-cv-00025-YGR<br><br>**ORDER REQUIRING FURTHER SUBMISSION; VACATING HEARING**<br><br>Re: Dkt. No. 17 |

The Court has reviewed the parties' filings on defendants' motion to dismiss. (Dkt. No. 17.) The Court requires further information on the relationship between plaintiff's bankruptcy proceedings and this litigation, particularly whether the bankruptcy trustee is the true party-in-interest here, and whether such trustee must thus be substituted as the real plaintiff. The parties must file a joint statement no longer than ten (10) pages addressing their perspectives on this issue no later than **April 4, 2017.**

The Court further **VACATES** the hearing on defendants' motion to dismiss currently set for April 4, 2017. The Court may reset a hearing or require further briefing after the parties have filed their joint statement. Absent further notice, the Court will issue a written decision on the papers. *See* Civil L.R. 7-1(b); Fed. R. Civ. P. 78.

**IT IS SO ORDERED.**

Dated: March 27, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**