LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
Residential Credit Solutions, Inc.; The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-13T1 Mortgage Pass-Through Certificates, Series 2006-13T1; and Ditech Financial LLC

GRANTED

*Judge Yvonne Gonzalez Rogers*

8/28/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY SAJI, an individual, | CASE NO.: 4:17-cv-00025-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO RESIDENTIAL CREDIT SOLUTIONS, INC.** |
| vs. | |
| RESIDENTIAL CREDIT SOLUTIONS, a business entity; THE BANK OF NEW YORK MELLON, a business entity; DITECH FINANCIAL LLC, a business entity; and DOES 1-50, inclusive, | **[FED. R. CIV. P. 41(A)]** |
| Defendants. | |
| | Complaint Filed: December 2, 2016 |

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

Plaintiff Daisy Saji ("Plaintiff") and defendant Residential Credit Solutions, Inc. ("RCS") (collectively with Plaintiff, the "Parties") hereby stipulate as follows:

1.      This action, and each and every claim asserted in the action, shall be dismissed with prejudice as to RCS only; and

2.      Each of the Parties shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

Dated: July 31, 2017          Respectfully submitted,

LOCKE LORD LLP


By:  /s/ Meagan S. Tom
        Regina J. McClendon
        Meagan S. Tom
Attorneys for Defendants Residential Credit Solutions, Inc.;
The Bank of New York Mellon fka The Bank of New York, as
Trustee for the Certificateholders of the CWALT, Inc.,
Alternative Loan Trust 2006-13T1 Mortgage Pass-Through
Certificates, Series 2006-13T1; and Ditech Financial LLC


Dated: July 31, 2017          Respectfully submitted,

MELLEN LAW FIRM


By:  /s/ Sarah Shapero
        Matthew Mellen
        Sarah Shapero
Attorneys for Plaintiff Daisy Saji


Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.


Dated: August 25, 2017          By:  /s/ Meagan S. Tom
                                         Meagan S. Tom

STIPULATED DISMISSAL WITH PREJUDICE AS TO RESIDENTIAL CREDIT SOLUTIONS, INC.
*Saii v. Residential Credit Solutions. et al.. Case No. 4:17-cv-00025-YGR*