# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAISY SAJI,**<br>Plaintiff**,**<br>v.<br>**BANK OF NEW YORK MELLON, ET AL.,**<br>Defendants**.** | CASE NO. 17-cv-00025-YGR<br><br>**ORDER DENYING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE; MAGISTRATE JUDGE CONSENT SUGGESTION**<br>Re: Dkt. No. 53 |

Plaintiff has filed a request to appear telephonically at the case management conference currently set for November 13, 2017, at 2:00 p.m. (Dkt. No. 53.) Counsel bases the request on the legal fees and costs associated with traveling to the Oakland courthouse.

The request to appear by telephone is **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause especially here, where counsel is based in San Francisco and the Court requires lead counsel to appear.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to any magistrate judge *of their choice*. Profiles can be found at: http://www.cand.uscourts.gov/judges. Magistrate judges in this district carry significant consent cases and are more flexible than the undersigned. Any joint request for reassignment to a magistrate judge should be filed no later than **November 29, 2017**.

That said, the Court understands that the parties are attempting to settle the underlying dispute. An update of those efforts should have been outlined in the updated Case Management Conference statement. The Court further understands that another ADR telephonic call is scheduled for November 28, 2017.

Accordingly, the Court will continue the case management conference to **December 4, 2017 at 2:00 p.m.** in Courtroom 1 of the United States Federal Courthouse in Oakland, California. The parties shall file an update on the status of any settlement with a proposed schedule for resolving the litigation by November 29, 2017.

This Order terminates Docket No. 53.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**